**Opinion issued April 11, 2019**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-18-01063-CV

———————————

**STATE FARM MUTUAL AUTOMOBILE INSURANCE CO., Appellant**

**V.**

**FORD MOTOR COMPANY, Appellee**

---

**On Appeal from the 55th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2016-48610**

---

### MEMORANDUM OPINION

Appellant, State Farm Mutual Automobile Insurance Co., has neither paid the required filing fee nor established indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5, 20.1; *see also* TEX. GOV'T CODE ANN. §§ 51.207, 51.851(b), 51.941(a), 101.041(1) (West 2013); Order, Fees Charged in the Supreme Court, in

Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-District Litigation, Misc. Docket No. 15-9158 (Tex. Aug. 28, 2015). Furthermore, appellant has neither paid nor made arrangements to pay the fee for preparing the clerk's record. *See* TEX. R. APP. P. 37.3(b). After being notified by the Clerk of this Court's January 2, 2019 and February 15, 2019 notices that this appeal was subject to dismissal for failure to pay the required filing and clerk's record fees, respectively, appellant failed to timely respond. *See* TEX. R. APP. P. 5, 37.3(b), 42.3(b), (c).

Accordingly, we dismiss the appeal for want of prosecution for failure to pay all required fees. *See* TEX. R. APP. P. 5, 37.3(b), 42.3(b), (c).

**PER CURIAM**

Panel consists of Justices Keyes, Higley, and Landau.